AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## UNITED STATES DISTRICT COURT
for the

__Mike Sheriff Scott__
*Petitioner*

v.

__Warden Hudgins__
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

FILED
MAR 15 2021
U.S. DISTRICT COURT
ELKINS WV 26241

Case No. __5:21cv37__
*(Supplied by Clerk of Court)*

Bailey Mazzone Blalock

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
**Personal Information**

1. (a) Your full name: __Mike Sheriff Scott__
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: __United States Penitentiary - Hazelton__
   (b) Address: __P.O. Box 2000__
   __Bruceton Mills, WV 26525__
   (c) Your identification number: __#10160-087__
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain: _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: __United States District Court of the Northern District of West Virginia, Clarksburg, WV__
   (b) Docket number of criminal case: __1:15CR031-01__
   (c) Date of sentencing: __Sept 28, 2015__
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _____
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: _____
   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: FBOP, Destination, Sentencing & Computation Center, Grand Prairie, TX
       (2) Date of filing: March 2, 2021
       (3) Docket number, case number, or opinion number: _____
       (4) Result: Pending
       (5) Date of result: _____
       (6) Issues raised: I am being erroneously denied 36 days Good conduct time.
   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes          ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: **Still Pending**

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes  ☒ No

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: **Still Pending**

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes  ☒ No

If "Yes," answer the following:
    (a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes         ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      If "Yes," provide:
      (1) Name of court: _____
      (2) Case number: _____
      (3) Date of filing: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

    ❏ Yes         ❏ No

    If "Yes," provide:
    (1) Name of court: _____
    (2) Case number: _____
    (3) Date of filing: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

    Does this case concern immigration proceedings?

    ❏ Yes         ☒ No

    If "Yes," provide:
    (a) Date you were taken into immigration custody: _____
    (b) Date of the removal or reinstatement order: _____
    (c) Did you file an appeal with the Board of Immigration Appeals?
        ❏ Yes         ❏ No

Case 5:21-cv-00037-JPB-JPM   Document 1   Filed 03/15/21   Page 5 of 12   PageID #: 5   5 of 12

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

       If "Yes," provide:
       (1) Date of filing: _____
       (2) Case number: _____
       (3) Result: _____
       (4) Date of result: _____
       (5) Issues raised: _____

   (d)  Did you appeal the decision to the United States Court of Appeals?
       ☐ Yes      ☐ No
       If "Yes," provide:
       (1) Name of court: _____
       (2) Date of filing: _____
       (3) Case number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

12.  **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes      ☐ No

If "Yes," provide:
(a) Kind of petition, motion, or application: _28 U.S.C Sec. 2255_
(b) Name of the authority, agency, or court: _District Court of Beaumont, Texas_
(c) Date of filing: _May 2020_
(d) Docket number, case number, or opinion number: _____
(e) Result: _Still Pending; No Reply_
(f) Date of result: _____
(g) Issues raised: _Deprived 36 Days GCT_

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Erroneous calculation of Good conduct time.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
From Sept. 24, 2015 to Sept. 23, 2018, I was awarded 126 days GCT instead of 141 days GCT due to the fact USP-Hazelton had me on "Unsatisfactory". However, from Feb 2016 to Jan. 2018 I was also considered under "Exempt" status due to being on a Pre-trial Detainer. I couldn't participate in Literacy Programming because I was Not in FBOP custody... Secondly, I was Wrongfully Deprived an additional 21 days GCT under the Revised Sentencing Reform Act,
Continue on additional Page...

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes           ☐ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes           ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes           ☐ No

(First Step Act of 2018)... FBOP Retroactively Revoked 21 Days of GCT For the years "Sept 24, 2015 to Sept. 23, 2018" under the old Law that they used to withhold the 15 Days GCT For "Unsatisfactory" Progress. The FSA Mandated that inmates shall be credit from the Beginning of their sentence to the Full term of confinement in Advance. The Extra 7 Days a year from the FSA started, For My Sentence, On Sept. 24, 2015.... Not the Day of the Unsatisfactory Status was imposed. In order for FBOP to Revoked the Newly Applied credits under the First Step Act they would have to utilize the Disciplinary Process. Once the FSA was Enacted All New GCT was Automatically Deemed "Earned & Invested" credits. Prior to the FSA, Under the Nov. 1, 1987 Sentence Reform Act GCT was Not Awarded until the End of Each year served on the sentence, & Most importantly was applied in part, or in whole, contingent upon an Inmates Behavior during the year. This not the case Any More. GCT are Awarded in Advance & May not be Revoked -Retroactively- to Accommodate an out-dated policy that FBOP has failed to Revise... in accordance to the Administrative Procedure Act in Amending Program Statements &/or Policies...

Respectfully

[signature]

3-10-2021

```
 HAZTD  542*22 *           SENTENCE MONITORING        *   03-10-2021
 PAGE 001 OF 001 *            GOOD TIME DATA          *   10:54:55
                           AS OF   03-10-2021

 REGNO...: 10160-087   NAME: SCOTT, MIKE SHERIFF
 ARS 1...: HAZ A-HLD                              PLRA
 COMPUTATION NUMBER..: 010                  PRT   ACT DT:
 LAST UPDATED: DATE.: 10-06-2020     FACL..: DSC    CALC: AUTOMATIC
 UNIT................: B             QUARTERS............: B03-112U
 DATE COMP BEGINS....: 09-28-2015    COMP STATUS.........: COMPLETE
 TOTAL JAIL CREDIT...: 4             TOTAL INOP TIME.....: 0
 CURRENT REL DT......: 08-21-2021 SAT  EXPIRES FULL TERM DT: 02-23-2022
 PROJ SATISFACT DT...: 06-06-2021 SUN  PROJ SATISF METHOD..: GCT REL
 ACTUAL SATISFACT DT.:                 ACTUAL SATISF METHOD:
 DAYS REMAINING......:                 FINAL PUBLC LAW DAYS:
 GED PART STATUS.....:                 DEPORT ORDER DATED..:

 --------------------------GOOD CONDUCT TIME AMOUNTS--------------------------

   START        STOP       MAX  POSSIBLE TO    ACTUAL TOTALS    VESTED    VESTED
   DATE         DATE       DIS    FFT           DIS    FFT      AMOUNT    DATE
 09-24-2015  09-23-2016    42     42
 09-24-2016  09-23-2017    42     84     36 DAYS
 09-24-2017  09-23-2018    42    126
 09-24-2018  09-23-2019    54    159           21
 09-24-2019  09-23-2020    54    186           27
 09-24-2020  09-23-2021    54
 09-24-2021  02-23-2022    22


     TOTAL EARNED AMOUNT.............................................: 186
     TOTAL EARNED AND PROJECTED AMOUNT...............................: 262




 G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Scott, Mike S__ __10160-087__ __B-2__ __USP-Hazelton__
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** — Sentence Computation Issue (Good Conduct Time).

I am currently being erroneously denied my GCT under the "Sentencing Reform Act," which has extended my incarceration. Below I outline my two issues:

1). I've been denied 15 days GCT from Sept. 2015 to Sept. 2018... Because USP-Hazelton had me in "Unsatisfactory" status, which required that I complete 240 hours of program enrollment before my status can change back to "Satisfactory" code. As a result, for those 3 years I only earned 42 days. My issue rest in the fact that I was on a pre-trial detainer from Feb. 2016 until Jan. 2018.. Under the Sentencing Reform Act/PLRA, I was rightfully & legally under "Exempt" status. This is FBOP law. I was on an IADA & could not participate in any FBOP Literacy Programs. I did not intentionally or irresponsibly avoid GED enrollment, for 3 years... Nor would it be lawfully sufficient to sanction me as if I had a choice to program or not.

2). The old Sentencing Reform Act stated that GCT is not awarded until the end of each calendar year served on the sentence. However, under SRA of 2018 inmates are now awarded 54 days of GCT in the beginning of the starting of the sentence & until it commence, retroactively... Once awarded, GCT are earned under

__3-2-21__                                __Mike Scott__
DATE                                      SIGNATURE OF REQUESTER

**Part B - RESPONSE**




_____                 _____
DATE                                      REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

                                          CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____                 _____
DATE                                      SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

Continue,

the New SRA of 2018 (First Step Act Bill), & these vested credits <u>May not</u> be Forfeited at a later time, unless through a disciplinary hearing officer. The extra 21 Days GCT I, would have earned due to the Retroactivity of the FSA were <u>vested</u> credits, Because the <u>7 Days</u> for <u>2015</u> started on 9-28-15, Not On the Date of the "Unsatisfactory" status. The SRA Do not permit FBOP to Retroactively Revoke credits that were already in vested status. GCT Days Revoked <u>prior</u> to the passing of the First Step Act Bill cannot be equivalent to Days earned. DSCC Revoked 21 Days Retroactively For An "Unsatisfactory" status that occurred <u>After</u> the "Beginning" of my sentence, which is the starting <u>point</u> for the New Extra GCT of <u>7 Days</u> per year... Most importantly, I, was in "Exempt" status, & was Legally permit to earn credits (GCT).

<u>Relief Sought</u>:
In closure, the two compelling issues are Meritorious And I, humbly Ask that you Ascertain the Matter diligently & properly Award me the described credits. Please Provide supportive law/policy if claim is Denied.

Respectfully
Mike Scott

3-2-21

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes       ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: Once applied correctly, the 36 days GCT will grant Petitioner with immediate Release. I ask that the honorable grant the necessary Relief in accordance to current law, & provide Petitioner with his Deprived 36 days GCT.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
March 10, 2021

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 3-10-2021

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_