IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**MIKE SHERIFF SCOTT,**

    Petitioner,

v.                                                                   **Civil Action No. 5:21-cv-37**
                                                                                             Judge Bailey

**WARDEN HUDGINS,**

    Respondent.

### ORDER DISMISSING CASE FOLLOWING NOTICE OF INTENT TO DISMISS

On March 15, 2021, the petitioner filed a pleading which was docketed as a § 2241 habeas petition. Because the petition was not on the Court-approved form, the Clerk of Court issued the petitioner a Notice of Deficient Pleading and Intent to Dismiss. The Notice informed the petitioner that this case would be dismissed within 30 days, and if he wished to pursue his § 2241, he would have to refile his petition on the Court-approved form.

On March 23, 2021, the petitioner refiled his petition on the Court-approved form, and it was assigned Civil Action No. 1:21-CV-41. Accordingly, pursuant to the terms of the Notice, the Court **ORDERS** that this action is hereby **DISMISSED**, and all matters relating to the petition shall proceed in Civil Action No. 1:20-CV-40.

The Clerk is **DIRECTED** to mail a copy of this Order to the petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED:** March 24, 2021.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE